*GARDEPIE, J*

DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:         631.287.5520
Fax:        631.283.4735
e-Mail:   DavidLopezEsq@aol.com

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

                                    11 Civil 5515 (PGG)

       Plaintiff,

    - against -                 **STIPULATION OF DISMISSAL**

FUTUREFUEL CORP.,

       Nominal Defendant,

REVELATION SPECIAL SITUATIONS
FUND LTD. (f/k/a OSMIUM SPECIAL
SITUATIONS FUND LTD.,

       Defendant.
_____/

IT IS HEREBY STIPULATED by the parties through their respective

attorneys that this action be dismissed with prejudice, each party to bear her or its

costs.

Dated:   Southampton, New York
         October 14, 2011

David Lopez, Esq. (DL-6779)
*Attorney for Plaintiff*

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  10/18/11

**STIPULATION OF DISMISSAL WITH PREJUDICE
DONOGHUE vs. FUTUREFUEL CORP ET ANO.
11 Civil 5515 (PGG)**

Dated: New York, New York
October /Ꮴ, 2011

Proskauer Rose LLP

By: Richard L. Spinogatti

Richard L. Spinogatti, Esq. (RS-1/42)
*Attorney for Defendant*
Eleven Times Square
New York, New York 10036-8299
Tel: 212.969.3540
Fax: 212.969.2900
rspinogatti@proskauer.com

Dated: St. Louis, Missouri
October  , 2011

Deborah A. Weedman, Esq. (DW-  )
*Attorney for Nominal Defendant*
8235 Forsyth Blvd., Suite 400
St. Louis, Missouri 63105
Tel: 314.8503
Fax: 314.889.9603
dweedman@weedmanlaw.com

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
New York, New York
October /7, 2011

2